# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JESSICA BUCHANAN, et al.,** | ) | |
| **Plaintiffs,** | ) | 8:05cv374 |
| vs. | ) | **ORDER** |
| **DOREL INDUSTRIES, et al.,** | ) | |
| **Defendants.** | ) | |

The Clerk's Office has requested that Document Number 16 be stricken from the record for the following reason:

- Incorrect event used.

**IT IS THEREFORE ORDERED:**

The Clerk's Office shall strike Document Number 16 from the record. The party is directed to re-file the document.

DATED this 2nd day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge