## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JESSICA BUCHANAN, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV374 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DOREL INDUSTRIES, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for leave to withdraw of John H. Marsh and Marsha E. Fangmeyer from the firm Knapp, Fangmeyer, Ashwege, Besse & Marsh, P.C. (Filing No. 15) as counsel for the defendant Wal-Mart Stores, Inc. The defendant Wal-Mart Stores, Inc. has retained other counsel and requested that the movants withdraw. Substitute counsel has entered an appearance for the plaintiff. **See** Filing No. 11. The movants filed a certificate of service (Filing No. 17) certifying a copy of the motion to withdraw was served on the defendant Wal-Mart Stores, Inc. **See** NEGenR 1.3(f). The Court finds the movants have shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of John H. Marsh and Marsha E. Fangmeyer from the firm Knapp, Fangmeyer, Ashwege, Besse & Marsh, P.C. (Filing No. 15) as counsel for the defendant Wal-Mart Stores, Inc. is granted.

2. The Clerk of Court shall stop all electronic notices to John H. Marsh and Marsha E. Fangmeyer regarding this case.

DATED this 6th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge