# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JESSICA BUCHANAN, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV374 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DOREL INDUSTRIES, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiffs' Motion to Dismiss (Filing No. 27) and a telephone conference with counsel for the parties held on April 3, 2006, with the undersigned magistrate judge. The defendants had no objection to the dismissal of the plaintiffs' case, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Accordingly,

**IT IS ORDERED:**

The plaintiffs' Motion to Dismiss (Filing No. 27) is granted. This case is hereby dismissed without prejudice.

DATED this 3rd day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge